In the Matter of the Appraisement, etc., of the Property of Ervin Saunders, Deceased. Westchester County Society for the Prevention of Cruelty to Children and Another, Appellants; Comptroller of the State of New York, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Stapleton, JJ., concurred.

Howard B. Jarvis, Plaintiff, v. Estelle J. Davison, Defendant.— Action dismissed, upon the ground that no person interested and entitled to enforce the restriction is a party to the controversy, and that without such presence a decision as to them would be inoperative; and upon the further ground that the submission is not properly acknowledged. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.

Cyrus P. Lawrence, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Rich, JJ.

Alexander G. Nicholson, Respondent, v. Coney Island and Brooklyn Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Burr, Thomas, Carr, Rich and Stapleton, JJ.

The People of the State of New York, Respondent, v. Blanche Hedges, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

The People of the State of New York, Respondent, v. Edit Hill, Appellant. — Judgment of conviction of the County Court of Westchester county reversed on the ground that there was not sufficient corroborative evidence of the testimony of the complainant, and on the further ground of error at folio 208 of the record on appeal. Order denying motion for new trial reversed, and a new trial ordered. Jenks, P. J., Burr, Thomas, Carr and Stapleton, JJ., concurred.